1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   EUGENE RAMAC                          No. CIV S-06-1141-MCE-CMK-P
     CASTRONUEVO,

12                 Petitioner,

13        vs.                              ORDER

14   THOMAS LONG,

15                 Respondent.

16   _____/

17

18          Petitioner, a prisoner proceeding with counsel, brings this petition for a writ of

19   habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is respondent's motion for

20   reconsideration pursuant to Federal Rule of Civil Procedure 60(b).  In his motion, respondent

21   raises the same argument concerning subject matter jurisdiction considered and rejected in the

22   court's December 14, 2007, order adopting the magistrate judge's findings and

23   recommendations.

24   / / /

25   / / /

26   / / /

                                       1

1    Accordingly, IT IS HEREBY ORDERED that respondent's motion for

2  reconsideration (Doc. 32) is denied.

3   Dated:  January 4, 2008

4

5    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26